IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

VERONICA GAMBLE                                                                                   PLAINTIFF

vs.                                            4:08CV04160-WRW

SHIRLEY PARKER, et al                                                                        DEFENDANTS

ORDER

Pending before this Court is the Plaintiff's Motion to Proceed *In Forma Pauperis* (doc #1).

After a review of the Motion, the Court finds that the Motion should be, and hereby is, GRANTED.

IT IS SO ORDERED this 3rd day of December, 2008.

/s/ Wm. R.Wilson,Jr.
UNITED STATES DISTRICT JUDGE

ord.grantifp.wpd