**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
500 W. CAPITOL, ROOM D444
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**January 22, 2010**

Mr. Danny M. Rasmussen
1008 Front Street
Conway , AR 72032

    Re: *Gamble v. Parker et al.* -- 4:08CV04160-WRW

Dear Mr. Rasmussen:

I have received Defendants' Motion for Summary Judgment, which was filed on January 4, 2010, and appears to be well taken.

I assume that since you have not filed a response,[1] you agree with Defendants' position. If you choose not to respond by 12:00 noon, on Friday, January 29, 2010, I will grant the motion.

                                            Cordially,

                                            /s/ Wm. R. Wilson,Jr.

Original to the Clerk of the Court
cc:    Other Counsel of Record

---

[1] The response was due on Thursday, January 21, 2010.