IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

VERONICA GAMBLE            PLAINTIFF

vs            4:08CV04160-WRW

SHIRLEY PARKER, et al            DEFENDANTS

## ORDER

Pursuant to the Defendants' Motion for Summary Judgment (doc #29), the name of separate defendant, Co-Tina Williams should be changed to:

    COTINA WILLIAMSON

The Clerk is directed to make this change on the Court's docket.

IS SO ORDERED this 26th day of January, 2010.

           AT THE DIRECTION OF THE COURT
           JAMES McCORMACK, CLERK


           /s/ Mary A. Johnson, Deputy Clerk

ord.nmchng.wpd