IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

VERONICA GAMBLE                                                                 PLAINTIFF

vs.                                      4:08CV04160-WRW

SHIRLEY PARKER,
COTINA WILLIAMS, and
BAPTIST HEALTH                                                                  DEFENDANTS

## JUDGMENT

Based on an Order entered this date granting Defendants' Motion for Summary Judgment, this case is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 4th day of February, 2010.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE