IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**VERONICA GAMBLE**                                                  **PLAINTIFF**

**vs.**                      **4:08CV04160-WRW**

**SHIRLEY PARKER,**
**COTINA WILLIAMS, and**
**BAPTIST HEALTH**                                              **DEFENDANTS**

## JUDGMENT

Based on an Order entered this date granting Defendants' Motion for Summary Judgment, this case is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 4th day of February, 2010.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE